**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>ADAM W. HUBENIG,<br><br>　　　　　　Defendant. | CASE NO. CR F 10-301 AWI<br><br>**ORDER TO RELATE CASE** |
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>ADAM W. HUBENIG,<br><br>　　　　　　Defendant. | CASE NO. CR F 10-303 LJO<br>**NEW CASE NO. CR F 10-303 AWI**<br><br>**ORDER TO REASSIGN AND RELATE CASE** |

　　　On the basis of good cause, this Court find that the above-captioned actions are related pursuant to Local Rule 123 (a). Accordingly, this Court REASSIGNS *United States v. Hubenig*, Case No. 1:10-cr-303 from United States District Judge Lawrence J. O'Neill to United States District Judge Anthony W. Ishii. All further papers shall bear the new case number **CR-F-10-303 AWI.** In addition, this Court DIRECTS the clerk of court to RELATE the above captions cases, and to FILE this order on the docket of both actions.

IT IS SO ORDERED.

**Dated:　July 23, 2010**　　　　　　　　　　　　／s／ **Lawrence J. O'Neill**
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE